**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

TRUDI KELLEY,

Plaintiff,

v.

C.R. BARD, INC. and DAVOL, INC.,

Defendants.

Case No.:
MN: 08-cv-1321 PAM/JSM
MDL: 1842 ML

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2008, I caused the Defendants' Waiver of Service of Summons Returned Executed to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to ECF users including:

Donald A. Migliori, Plaintiffs Liaison Counsel (dmigliori@motleyrice.com)

Dated: June 10, 2008

Charles H. Johnson & Associates, PA

**s/ Charles H. Johnson**
Charles H. Johnson (Bar #50696)
Attorney for Plaintiff
2599 Mississippi Street
New Brighton, MN 55112
(651) 633-5685