**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| TRUDI D. KELLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 0:08-cv-01321-PAM-JSM |
| v. | ) | |
| | ) | |
| DAVOL INC. and C.R. BARD, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Davol Inc. and C.R. Bard, Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby file this Corporate Disclosure Statement, and states as follows:

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

Dated: July 11, 2008

Respectfully submitted,

**s/ Timothy M. Connelly**

TIMOTHY M. CONNELLY
Minnesota Attorney Number: 0179814

*COUNSEL FOR DEFENDANT DAVOL, INC. AND DEFENDANT C.R. BARD, INC.*

Of Counsel:
Timothy M. Connelly
Eckland & Blando LLP
Suite 500
10 South Fifth Street
Minneapolis, Minnesota 55402
Tel: 612.236.0165
Email: tim@ecklandblando.com