**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **IN RE: KUGEL MESH HERNIA PATCH PRODUCT LIABILITY LITIGATION** | **MDL Docket No. 1842** |

**DEFENDANTS' SEVENTY-THIRD 7.5(e) NOTICE OF POTENTIAL TAG-ALONG**

TO: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Defendant C.R. Bard, Inc. and Defendant Davol Inc., by and through their counsel of record, hereby give notice, pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, of the existence of the following potential "tag-along actions" in which one or both of Defendants are named. These actions appear to involve common questions of fact with those actions transferred by this Panel's prior order dated June 22, 2007.

**United States District Court for the District of Minnesota**

*Dena Schott v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 0:08-cv-01322, Judge John R. Tunheim.

*Norbert Hoesel v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 0:08-cv-01320, Judge James M. Rosenbaum.

*Trudi D. Kelley v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 0:08-cv-01321, Judge James M. Rosenbaum.

**United States District Court for the Eastern District of New York**

*Doreen Cobb v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 1:08-cv-01964, Judge Sandra L. Townes.

*Barbara Merrill v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 1:08-cv-01913, Judge Charles P. Sifton.

**<u>United States District Court for the Western District of Missouri</u>**

*Russell Dimmock v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 4:08-cv-00374, Judge Dean Whipple.

**<u>United States District Court for the Eastern District of Arkansas</u>**

*Heather Groleske v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 5:08-cv-00139, Judge Brian S. Miller.

Respectfully submitted,

Dated: May 21, 2008

SPRIGGS & HOLLINGSWORTH

/BAG

Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendant C.R. Bard, Inc. and Defendant Davol Inc.*

**PROOF OF SERVICE**

I hereby certify that on this 21st day of May, 2008, a true and correct copy of the foregoing Defendants' Seventy-Third Rule 7.5(e) Notice of Potential Tag-Along was served via first class mail, postage pre-paid, on appointed Liaison Counsel and counsel for those parties affected by this action as per Rule 5.2(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation:

| | |
|---|---|
| **Motley Rice LLC**<br>Donald A. Migliori<br>Motley Rice LLC<br>321 South Main Street<br>Providence, RI 02903 | **Liaison Counsel** |
| **Charles H Johnson**<br>Charles H Johnson & Associates, PA<br>2599 Mississippi St<br>New Brighton, MN 55112 | **Counsel for Plaintiff: Donna Schott**<br>**Counsel for Plaintiff: Norbert Hoesel**<br>**Counsel for Plaintiff: Trudi D Kelley** |
| **Stephanie Hatzakos**<br>Milberg LLP<br>One Pennsylvania Plaza<br>New York, NY 10119 | **Counsel for Plaintiff: Doreen Cobb**<br>**Counsel for Plaintiff: Barbara Merrill** |
| **Aaron C Johnson**<br>Summers & Johnson<br>717 Thomas Street<br>Weston, MO 64098 | **Counsel for Plaintiff: Russell Dimmock** |
| **Derek H. Potts**<br>Potts Law Firm, LLC<br>715 May Street<br>Suite 100<br>Kansas City, MO 64105 | **Counsel for Plaintiff: Heather Groleske** |
| **Marie Bernarde Miller**<br>Gill Elrod Ragon Owen & Sherman, P.A.<br>Metropolitan Tower<br>725 West Capitol Avenue<br>Suite 3801<br>Little Rock, AR 72201-2413 | **Counsel for Plaintiff: Heather Groleske** |

**Affiliated Defense Counsel Affected by this Notice:**

Eckland & Blando LLP
Mark Blando
500 Lumber Exchange
10 South Fifth Street
Minneapolis, MN 55402

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

PEPPER, HAMILTON, LLP
Samuel J. Abate, Jr.
420 Lexington Ave., Suite 2320
New York, NY 10170-2399

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

Baker, Sterchi, Cowden & Rice, LLC
Joseph FR. Callahan
Kara Stubbs
1010 Market Street, Suite 950
St. Louis, MO 63101

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
Lyn P. Pruit
425 West Capitol Avenue, Suite 1800
Little Rock, AR 72201

**Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.**

Kirby T. Griffis