**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| TRUDI D. KELLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 0:08-cv-01321-PAM-JSM |
| v. | ) | |
| | ) | |
| DAVOL INC. and C.R. BARD, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2008, I caused the following documents:

1. APPEARANCE OF TIMOTHY M. CONNELLY AS COUNSEL FOR DEFENDANTS.

2. RULE 7.1 DISCLOSURE STATEMENT.

3. JOINT MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL.

4. DEFENDANTS' MEMORANDUM IN SUPPORT OF JOINT MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Charles H. Johnson

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

United States Magistrate Judge Janie S. Mayeron

and I certify that I caused a copy of the proposed order to be faxed or mailed by first class mail, postage paid, to the following:

Charles H. Johnson

Dated: July 11, 2008

Respectfully submitted,

**s/ Timothy M. Connelly**

TIMOTHY M. CONNELLY
Minnesota Attorney Number: 0179814

*COUNSEL FOR DEFENDANT DAVOL, INC. AND DEFENDANT C.R. BARD, INC.*

Eckland & Blando LLP
Suite 500
10 South Fifth Street
Minneapolis, Minnesota 55402
Tel: 612.236.0165
Email: tim@ecklandblando.com