**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| TRUDI D. KELLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 0:08-cv-01321-PAM-JSM |
| | ) | |
| DAVOL INC. and C.R. BARD, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER GRANTING JOINT MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL**

Having considered the Consent Motion for Stay of Proceedings Pending Transfer to Federal MDL, ECF Docket #6, it is hereby **ORDERED** that all pleading requirements, deadlines, and other proceedings in this action before this Court are hereby stayed and/or extended indefinitely pending transfer of the action by the Judicial Panel on Multidistrict Litigation to the United States District Court for the District of Rhode Island. Upon transfer to the District of Rhode Island, the Parties will comply with any requirements and deadlines imposed by that court with respect to this action.

**SO ORDERED** this 14th day of July, 2008.

*s/ Janie S. Mayeron*
Janie S. Mayeron
United States Magistrate Judge