CLOSED, CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−01321−PAM−JSM

Kelley v. Davol, Inc. DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.
Assigned to: Senior Judge Paul A. Magnuson
Referred to: Magistrate Judge Janie S. Mayeron
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 05/14/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Trudi D Kelley** represented by **Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Timothy M Connelly**
Eckland &Blando LLP
10 S 5th St Ste 500
Mpls, MN 55402
612−236−0160
Fax: 612−236−0179
Email: tim@ecklandblando.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc** represented by **Timothy M Connelly**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/14/2008 | Ï 1 | COMPLAINT against Davol, Inc., C. R. Bard, Inc ( Filing fee $ 350 receipt number 4023785.) assigned to Judge Paul A. Magnuson per Master list and referred to Magistrate Judge Janie S. Mayeron, filed by Trudi D Kelley. (Attachments: # 1 Civil Cover Sheet) (RJL) (Entered: 05/14/2008) |
| 05/14/2008 | Ï | Summons Issued as to Davol, Inc., C. R. Bard, Inc. (RJL) (Entered: 05/14/2008) |
| 05/15/2008 | Ï 2 | REQUEST FOR WAIVER of Service sent to Sabina Downing, Attorney for |

| | | |
|---|---|---|
| | | Defendants (ckp.filings@crbard.com), C.R. Bard, Inc., 730 Central Avenue, Murray Hill, N.J. 07974. on 5/15/2008 by Trudi D Kelley. Waiver of Service due by 6/16/2008. (Attachments: # 1 Attached Waiver of Service of Summons Form, # 2 Certificate of Service)(Johnson, Charles) (Entered: 05/15/2008) |
| 06/10/2008 | Ï 3 | WAIVER OF SERVICE Returned Executed filed by Trudi D Kelley. Davol, Inc. waiver sent on 5/15/2008, answer due 7/14/2008; C. R. Bard, Inc waiver sent on 5/15/2008, answer due 7/14/2008. (Johnson, Charles) (Entered: 06/10/2008) |
| 06/10/2008 | Ï 4 | CERTIFICATE OF SERVICE by Trudi D Kelley re 3 Waiver of Service Executed (Johnson, Charles) (Entered: 06/10/2008) |
| 07/11/2008 | Ï 5 | RULE 7.1 DISCLOSURE STATEMENT by Davol, Inc., C. R. Bard, Inc that there is no such parent or publicly held corporation to report. (Connelly, Timothy) (Entered: 07/11/2008) |
| 07/11/2008 | Ï 6 | Consent MOTION to Stay *Proceedings* by Davol, Inc., C. R. Bard, Inc. (Connelly, Timothy) (Entered: 07/11/2008) |
| 07/11/2008 | Ï 7 | MEMORANDUM in Support re 6 Consent MOTION to Stay *Proceedings* filed by all defendants. (Attachments: # 1 Exhibit(s) 73d Tag Along Notice)(Connelly, Timothy) (Entered: 07/11/2008) |
| 07/11/2008 | Ï 8 | CERTIFICATE OF SERVICE by Davol, Inc., C. R. Bard, Inc re 7 Memorandum in Support of Motion, 5 Rule 7.1 − Disclosure Statement, 6 Consent MOTION to Stay *Proceedings* (Connelly, Timothy) (Entered: 07/11/2008) |
| 07/14/2008 | Ï 9 | ORDER granting 6 Motion to Stay. Signed by Magistrate Judge Janie S. Mayeron on 07/14/08. (LPH) (Entered: 07/14/2008) |
| 07/24/2008 | Ï 10 | CERTIFIED COPY OF TRANSfER ORDER (CTO−23) from the Judicial Panel on Multi−District Litigation; transferring case to the District of Rhode Island for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M Risi. (kt) (Entered: 07/28/2008) |